UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA                   :
                                           :
v.                                         :          **SCHEDULING ORDER**
                                           :
**Jonathan Rivera,**                       :          7-S1 23-cr-00076-PMH-1
                      Defendant.           :
                                           :
-------------------------------------------------------------x

       An <u>Initial Conference</u> is scheduled on <u>March 21, 2023 at 12:00 p.m.</u> in Courtroom 520 at the White Plains Courthouse.

       It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

       Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

       Dated: February 23, 2023      SO ORDERED:

                                             Philip M. Halpern, U.S.D.J