U.S. Department of Justice

> The status conference for Defendant Jonathan Rivera scheduled for May 25, 2023 is adjourned to June 27, 2023 at 12:15 p.m. in Courtroom 520.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         May 17, 2023

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Jonathan Rivera*, S1 23 Cr. 76 (PMH)

Dear Judge Halpern:

    A conference in the above-referenced case is scheduled for May 25, 2023. The parties are actively and productively engaged in plea discussions, but need more time to continue those discussions. For that reason, the parties jointly and respectfully request that the conference be adjourned for a period of 30 days.

    If the above request is granted, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), through the new conference date. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial because it would allow the parties to continue to engage in discussions regarding a potential resolution of the matter without the need for trial.

    The Government respectfully encloses a proposed order excluding time for the Court's consideration.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

              By:    /s/ Stephanie Simon
                      Stephanie Simon
                      Assistant United States Attorney
                      Tel:  (212) 637-2581

Cc:    Elizabeth Quinn, Esq.