UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                           **RESCHEDULING NOTICE**

JONATHAN RIVERA,                             S1 23-CR-00076-2 (PMH)

                        Defendant.
----------------------------------------------------------X

The status conference scheduled for December 13, 2023 at 3:30 p.m. has been converted to a Change of Plea hearing on December 19, 2023 at 12:00 p.m. in Courtroom 520 of the White Plains Courthouse.

It is the responsibility of the Government to have Defendant produced to Courtroom 520 at the time of the proceeding.

**SO ORDERED:**

Dated: White Plains, New York
       December 12, 2023

_____
Philip M. Halpern
United States District Judge