UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

                                          :     SUPERSEDING INFORMATION

    - v. -

                                          :     S2 23 Cr. 76 (PMH)

JONATHAN RIVERA,

                                          :

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COUNT ONE
(Coercion and Enticement of a Minor)

The United States Attorney charges:

1.    In or about December 2021, in the Southern District of New York and elsewhere, JONATHAN RIVERA, the defendant, knowingly, using a facility and means of interstate and foreign commerce, persuaded, induced, enticed, and coerced an individual who had not attained the age of 18 years to engage in prostitution and sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, RIVERA communicated with Dilicia Aguirre-Orellana online and directed Aguirre-Orellana to engage in sexually explicit conduct with a minor ("Victim-1") in Yonkers, New York, to take videos of Victim-1 engaged in that sexually explicit conduct, and to send those videos to RIVERA.

(Title 18, United States Code, Sections 2422(b) and 2427.)

_____
DAMIAN WILLIAMS
United States Attorney