

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

        - against -

Jonathan Rivera,

                Defendant

------------------------------------------------------------x

0208 7:23CR00076- 002

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by MCC Consulting, Inc. d/b/a The New York Mental Health Group, in the amount of $5,000, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: White Plains, New York
      May 22, 2024

                                                   Honorable Philip M. Halpern
                                                   U.S. District Judge



# MCC CONSULTING, INC. d/b/a
# The New York Mental Health Group

Tax ID: 26-3364384     DUNS #: 080727853

**Jennifer A. McCarthy, Ph.D.**
**Executive Director**

## INVOICE

May 20, 2024

Re: *United States of America v. Jonathan Rivera*
   *S2 23-CR-076-002 (PMH)*

*Psychosexual Evaluation & Report*           ***$5,000.00***
*Date of Services: April 8, 2024*