UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------x  
UNITED STATES OF AMERICA            :  
                                                  :  
v.                                  :     **ORDER**  
                                                  :  
JONATHAN RIVERA,                    :     7:23-cr-00076-PMH  
                                                  :  
                    Defendant.  :  
------------------------------------------------------------x  

      By Order filed August 15, 2025, the United States Court of Appeals for the Second Circuit granted the Government's motion to dismiss Defendant Rivera's appeal without prejudice as untimely and directed the Court to treat the notice of appeal as a request for an extension of time to file a notice of appeal. (Doc. 115). The Second Circuit further directed the Court to determine whether Defendant Rivera "can demonstrate 'excusable neglect or good cause' for failure to file his notice of appeal within the fourteen-day period provided in Federal Rule of Appellate Procedure 4(b)(1)(A); and, if so, to decide whether to exercise its discretion to grant an extension" pursuant to Fed. R. App. P. 4(b)(4). *Id.*

      By August 26, 2025, the Parties shall file letters setting forth their position(s) regarding: (1) whether Defendant Rivera can demonstrate excusable neglect or good cause for his failure to file his notice of appeal within fourteen days of the filing of the Judgment; and (2) whether the Court should grant Defendant Rivera an extension of time to file his appeal pursuant to Fed. R. App. P. 4(b)(4).

**SO ORDERED:**

Dated: White Plains, New York  
       August 18, 2025

_____  
Philip M. Halpern  
United States District Judge