**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
:
UNITED STATES OF AMERICA
:
    -against-
:          **ORDER**
:
Jonathan Rivera                           7:23-cr-76 - PMH
:
------------------------------------------x

      Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the attorney and the consent of the defendant, and

      According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

      IT IS HEREBY ORDERED that _____Murray E. Singer, Esq._____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

Murray E. Singer, Esq.
Print Attorney's Name

14 Vanderventer Ave. Suite 147
Address
Port Washington, NY 11050

516-706-7085
Telephone

SO ORDERED:

_____
Philip M. Halpern
United States District Judge

8/22/25
DATED

_____
Laura Taylor Swain
Chief Judge

8/22/2025
DATED